LYNN HUBBARD III, SBN 69773
**LAW OFFICES OF LYNN HUBBARD**
12 Williamsburg Lane
Chico, CA 95926
Telephone:  (530) 895-3252
Facsimile:  (530) 894-8244
Email:  USDCEast@HubsLaw.com

Attorneys for Plaintiff

WAYNE C. ARNOLD, SBN 103194
PAYTON E. GAROFALO, SBN 274135
**LURIE, ZEPEDA, SCHMALZ & HOGAN**
9107 Wilshire Boulevard, Suite 800
Beverly Hills, CA  90210-5533
Telephone:  (310) 274-8700
Facsimile:  (310) 274-2798
Email:  pgarofalo@lurie-zepeda.com

Attorneys for Defendants

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR,<br><br>      Plaintiff,<br><br>vs.<br><br>THRIFTY PAYLESS, INC. dba RITE AID #0996; AMALGAMATED BANK, as CORPORATE CO-TRUSTEE for the AUTMOTIVE INDUSTRIES PENSION TRUST,<br><br>      Defendants.<br>_____/ | Case No.  2:13-cv-01570-JAM-CMK<br><br>**JOINT STIPULATION FOR DISMISSAL AND ORDER THEREON** |

Joint Stipulation for Dismissal and Order                                            *Feezor v. Thrifty Payless, Inc., et al.*
                                                                                       Case No. 2:13-cv-01570-JAM-CMK

Page 1

TO THE COURT AND ALL PARTIES:

    Plaintiff LARY FEEZOR and defendants THRIFTY PAYLESS, INC. dba RITE AID #05996 and AMALGAMATED BANK, as CORPORATE CO-TRUSTEE for the AUTMOTIVE INDUSTRIES PENSION TRUST, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(1).

Dated:  December 3, 2013        LAW OFFICES OF LYNN HUBBARD

                                              /s/   Lynn Hubbard                /
                                            LYNN HUBBARD III
                                            Attorney for Plaintiff

Dated:  December 3, 2013        LURIE, ZEPEDA, SCHMALZ & HOGAN

                                              /s/   Payton Garofalo            /
                                            WAYNE C. ARNOLD
                                            PAYTON E. GAROFALO
                                            Attorneys for Defendants

## **ORDER**

    IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:13-cv-01570-JAM-CMK, is dismissed with prejudice in its entirety.

Dated:  12/4/2013

                                            /s/ John A. Mendez_____
                                            United States District Court Judge